# EXHIBIT A



# Notice of Service of Process

KN4 / ALL
Transmittal Number: 25431813
Date Processed: 08/23/2022

| | |
|---|---|
| **Primary Contact:** | Jessica Sumikawa<br>Freedom Forever LLC<br>43445 Business Park Dr<br>Ste 110<br>Temecula, CA 92590-3671 |
| **Electronic copy provided to:** | Brandon Sand<br>Shin Tsai |
| **Entity:** | Freedom Forever Texas, LLC<br>Entity ID Number 4044681 |
| **Entity Served:** | Freedom Forever Texas, LLC |
| **Title of Action:** | Daniel Graham vs. Freedom Forever Texas, LLC |
| **Matter Name/ID:** | Daniel Graham vs. Freedom Forever Texas, LLC (12800016) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Travis County Justice of the Peace Court, TX |
| **Case/Reference No:** | J2-CV-22-003721 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 08/19/2022 |
| **Answer or Appearance Due:** | 14 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Daniel Graham<br>214-236-7996 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## JUSTICE COURT CITATION
Docket Number:  J2-CV-22-003721

**Plaintiff:**
**DANIEL GRAHAM**

5812 Mossbrook Trl
Dallas Tx 75252

Represented by:

vs.

**Defendant:**
**FREEDOM FOREVER TEXAS, LLC**

43445 Business Park Dr Ste 110
Temecula Ca  92590

By Serving:
Corporation Service Company d/b/a
CSC-Lawyers INCO
211 e. 7TH Street, Suite 620
Austin, TX 78701


**THE STATE OF TEXAS** to: FREEDOM FOREVER TEXAS, LLC, Defendant(s):

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

Filed on the 15th day of August, 2022.  Issued and given under my hand on the 15th day of August, 2022.

*[signature]*

JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PRECINCT 2
10409 BURNET ROAD, SUITE 180
AUSTIN, TEXAS 78758
JP2@traviscountytx.gov

# JUSTICE COURT CITATION

Judge Randall Slagle
Travis County Justice of the Peace, Precinct 2
Cause No. J2-CV-22-003721
Daniel Graham vs. FREEDOM FOREVER TEXAS, LLC

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____ at _____ o'clock ___M.
Executed at _____ o'clock ___M on the _____ of _____, 20____, by delivering a true copy of this citation together with the accompanying copy of the petition after endorsing the date of delivery on the citation, to the Defendant: _____

(Check manner of service below)

___ In person at 43445 Business Park Dr Ste 110  Temecula Ca  92590

___ By Rule 501.2(e); by attaching to the front door at 43445 Business Park Dr Ste 110  Temecula Ca 92590 and mailing a copy by first class mail on _____ 20____.

___ By Rule 501.2(e); by delivering to _____, who is at least 16 years of age at 43445 Business Park Dr Ste 110  Temecula Ca  92590 and mailing a copy by first class mail on _____ 20____.

___ Other; _____

___ Not Executed; _____

To certify which witness my hand officially,

Adan Ballesteros, Constable
Travis County Constable Pct. 2

Service Fee: _____

By Deputy _____

Print Name _____

# JUSTICE COURT CITATION

Docket Number: J2-CV-22-003721

**Plaintiff:**
DANIEL GRAHAM

5812 Mossbrook Trl
Dallas Tx 75252

Represented by:

vs.

**Defendant:**
FREEDOM FOREVER TEXAS, LLC
43445 Business Park Dr Ste 110
Temecula Ca 92590

By Serving:
Corporation Service Company d/b/a
CSC-Lawyers INCO
211 e. 7TH Street, Suite 620
Austin, TX 78701

THE STATE OF TEXAS to: FREEDOM FOREVER TEXAS, LLC, Defendant(s):

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

Filed on the 15th day of August, 2022. Issued and given under my hand on the 15th day of August, 2022.

*[signature]*

JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PRECINCT 2
10409 BURNET ROAD, SUITE 180
AUSTIN, TEXAS 78758
JP2@traviscountytx.gov

# JUSTICE COURT CITATION

Judge Randall Slagle
Travis County Justice of the Peace, Precinct 2
Cause No. J2-CV-22-003721
Daniel Graham vs. FREEDOM FOREVER TEXAS, LLC

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____ at _____ o'clock ___M. Executed at _____ o'clock ___M on the _____ of _____, 20____, by delivering a true copy of this citation together with the accompanying copy of the petition after endorsing the date of delivery on the citation, to the Defendant: _____

(Check manner of service below)

___ In person at 43445 Business Park Dr Ste 110 Temecula Ca  92590

___ By Rule 501.2(e); by attaching to the front door at 43445 Business Park Dr Ste 110  Temecula Ca 92590 and mailing a copy by first class mail on _____ 20____.

___ By Rule 501.2(e); by delivering to _____, who is at least 16 years of age at 43445 Business Park Dr Ste 110  Temecula Ca  92590 and mailing a copy by first class mail on _____ 20____.

___ Other; _____

___ Not Executed; _____

To certify which witness my hand officially,

Adan Ballesteros, Constable
Travis County Constable Pct. 2

Service Fee: _____

By Deputy _____

Print Name _____

# PETITION: SMALL CLAIMS CASE

FILED: 8/15/2022 12:00 AM
JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PCT. 2
TRAVIS COUNTY, TEXAS

CASE NO. (court use only) J2-CV-22-003721

In the Justice Court, Precinct __2__, __Travis__ County, Texas

**Daniel Graham**
PLAINTIFF

VS.

**FREEDOM FOREVER TEXAS, LLC 43445 BUSINESS PARK DR STE 110 TEMECULA, CA 92590**
DEFENDANT(S)

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
In July 2022, Freedom Forever's agents called my number which is registered on the DNC six times to solicit solar services in violation of the TCPA.

**RELIEF:** Plaintiff seeks damages in the amount of $6,000.00, and/or return of personal property as described as follows (be specific): , which has a value of
Additionally, plaintiff seeks the following:

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO**
**211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701**
(I am requesting the court please send certified mail as service)
[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: danielgrahamcpa@gmail.com .

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| Daniel Graham | /s/ Daniel Graham |
|---|---|
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH:_____

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

DEFENDANT'S PHONE NUMBER:_____

**5812 Mossbrook Trail**
Address of Plaintiff's Attorney, if any, or Plaintiff if none

**Dallas, TX 75252**
City          State          Zip

Ph. **214-236-7996**          Fax.
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
danielgrahamcpa@gmail.com

Small Claim Petition. 7/2013

