IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin    [ ▼ ]   DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Justice of the Peace, Precinct 2, J2-CV-22-003721, Daniel Graham v. Freedom Forever Texas, Inc.

2.      Was jury demand made in State Court?          [ ] Yes      [×] No

If yes, by which party and on what date?

Party Name                                    Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Daniel Graham, Pro Se, 5812 Mossbrook Trl, Dallas, Texas 75252, Telephone: 214-236-7996 Email: danielgrahamcpa@gmail.com

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None

TXWD - Supplement to JS 44 (Rev. 9/2019)                                    Page 1

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 None

**VERIFICATION**:

William J. Akins                                                9/2/22

Attorney for Removing Party                    Date

Freedom Forever Texas, LLC

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: