**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GRAHAM | § | |
| | § | |
| v. | § | Civil No. 1:22-cv-00891-LY |
| | § | |
| FREEDOM FOREVER TEXAS, LLC | § | |

**O R D E R**

The above captioned cause, having been removed to this Court on September 2nd, 2022 from County Court 2, Travis County, TX and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings.  The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 2nd day of September 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE